UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KYLE POND,

    Plaintiff,

v.                                                Case No. 6:19-cv-1975-Orl-37EJK

RED LAMBDA, INC.; and BAHRAM
YUSEFZADEH,

    Defendants.
_____

**ORDER**

Plaintiff sued his former employers for breach of contract and failure to pay minimum wage in violation of the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 1-1, pp. 5–10.) After the parties dismissed the breach of contract claim (*see* Docs. 20, 22), they moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 27 ("**Motion**"); Doc. 27-1 ("**Agreement**").) On referral, U.S. Magistrate Judge Embry J. Kidd recommends granting the Motion, finding the settlement sum is fair and reasonable. (Doc. 28 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 28) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The parties' Joint Motion to Approve the Settlement Agreement and Dismiss the FLSA Claim with Prejudice (Doc. 27) is **GRANTED.**

3. The Agreement (Doc. 27-1) is **APPROVED**.

4. Plaintiff's FLSA claim (Doc. 1-1, p. 9, ¶¶ 27–30) is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 18, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party